# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2025

## NO. 03-25-00054-CV

**Tanya Elliot, Appellant**

**v.**

**Texas Pioneer Farm Mutual Insurance Association, Inc., Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on July 26, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.